INCORPORATED VILLAGE OF UPPER BROOKVILLE, Respondent, *v.* FRANK FARACO et al., Appellants.

Argued April 8, 1954; decided May 20, 1954.

*Charles E. Lapp, Jr.,* for all appellants; *James M. O'Connell* for Preferred Transmix Concrete, Inc., appellant; *Thomas E. Abrahams* for Michael Checola and another, appellants.

*Jackson A. Dykman* and *Lester H. Chase* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSARIO DI MAGGIO, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

Argued April 23, 1954; decided May 20, 1954.

